extended to the March 1962 Term. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JAKOB OLSEN, Respondent, v. OWESEN & COMPANY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss a purported notice of appeal denied without prejudice to a renewal upon the argument. Present— Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of LOUIS REIGER, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent; JOFAN MAINTENANCE CORPORATION, Appellant.— Motion for assignment of counsel granted. Henry J. Metzner, Esq., 206 Glen St., Glens Falls, N. Y., assigned as counsel. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY BENEVENTO, JR., Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten briefs. Robert J. Hines, Esq., Savings Bank Building, Ithaca, N. Y., is assigned as counsel. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Probate of the Will of MONROE L. DIX, Deceased.— Appeal dismissed without costs unless appellant shall file and serve record, brief and note of issue for the March 1962 Term on or before February 1, 1962, in which event motion denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HUGH E. SMITH et al., Plaintiffs, v. LAMBDA ALPHA EPSILON FRATERNITY, INC., et al., Defendants.— Application to vacate a temporary restraining order granted. Present — Coon, J. P., Gibson, Herlihy and Reynolds, JJ.

## (December 15, 1961)

In decisions Nos. 1–6: Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ (A) ELIZABETH PALMER, Appellant, v. GLENN SUTFIN, Respondent. (B) STANDARD BLOCK CO., INC., Plaintiff, v. ROYAL MACHINERY CO., INC., et al., Defendants. (C) MOHAWK-SCHOHARIE PRODUCTION CREDIT ASSOCIATION OF FONDA, NEW YORK, Plaintiff, v. HAROLD SITZER et al., Defendants. (D) BANK OF RICHMONDVILLE, Plaintiff, v. W. HAROLD SITZER et al., Defendants, and MARSHALL J. CLICKMAN, as Executor, Respondent. (E) In the Matter of the Claim of JAMES AARON, Appellant, v. CERUSSI & VERRI, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) In the Matter of the Claim of PHILIP FOLLO, Respondent, v. ABRAHAM & STRAUS, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) STANLEY CIEJKA, Respondent, v. VICTORIA CIEJKA, Appellant.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the March 1962 Term on or before February 1, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTOPHER C. NELSON, JR., Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH POWERS, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon